[No. 39854-7-I.    Division One.    November 3, 1997.]

*In the Matter of the Marriage of* ELAINE ADAIRRE
EDWARDS, *Respondent*, and JAMES PETER EDWARDS,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-3-01545-9, Richard Eadie, J., entered
November 4, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 40047-9-I.    Division One.    November 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
MARSHALL DEVONNE BENNETT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-01907-2, Anthony P. Wartnik, J., entered
January 8, 1997. *Affirmed* by unpublished per curiam
opinion.

[No. 40325-7-I.    Division One.    November 3, 1997.]

RUBY I. POLLOCK, *Appellant*, v. JANICE GOODROW,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-17202-2, George A. Finkle, J., entered
February 7, 1997. *Affirmed* by unpublished per curiam
opinion.

[No. 40387-7-I.    Division One.    November 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. L.L.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-08313-7, Charles V. Johnson, J., entered
February 25, 1997. *Affirmed in part* and *remanded* by un-
published per curiam opinion.